In the Matter of Proving the Last Will and Testament of JOSEPH SCONDUTTO, Deceased. MINNIE SCONDUTTO, as Executor and Trustee Named in the Last Will and Testament of JOSEPH SCONDUTTO, Deceased, Appellant; VIOLET SCONDUTTO, Respondent.— Decree of the Surrogate's Court of Queens county, denying the appellant's motion to strike out the objections of Violet Ball Scondutto and adjudging that she is the widow of the decedent, unanimously affirmed, with costs payable out of the estate. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the Petition of ROSE COLE to Render and Settle Her Account as the Administratrix of MARY SULLIVAN, Also Known as MARY RICHTER, Deceased. ROSE COLE, as Administratrix, etc., of MARY RICHTER, Deceased, Appellant; CHARLES SULLIVAN, ALPHONSE SULLIVAN and WILLIAM RICHTER, Respondents.— In an accounting proceeding, petitioner appeals from an order of the Surrogate's Court of Kings county denying her motion to compel the objectants to serve and file a verified bill of particulars of their third objection to the account. Order affirmed, with ten dollars costs and disbursements, payable from the estate. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

ELEANOR COE KELLS, Appellant, v. FRANCIS KELLS, Respondent.— Appeal from order amending alimony provision of a final decree of separation. Order affirmed, without costs. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.